DISTRICT OF NEW JERSEY

IN RE: ESTEBAN J. SABULAO

Chapter 13
Case Number: 23-10334

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, Synchrony Bank by AIS InfoSource LP as agent as assignee of PayPal MasterCard, hereby withdraws its Proof of Claim, filed on 03/22/2023, marked as claim number 19 on the court's claims register, for the account number ending in 9433, and in the amount of $1,032.37.

Dated: 06/07/2023

/s/ Ashley Boswell

Synchrony Bank by AIS InfoSource LP as
agent as assignee of PayPal MasterCard
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Reference Number: 7898066Withdraw

9433