Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10334−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Esteban J. Sabulao | Maria A. Sabulao |
| aka Esteban Jonas Sabulao | aka Maria Ancella Sabulao |
| 217 Pheasant Run Road | 217 Pheasant Run Road |
| Mays Landing, NJ 08330 | Mays Landing, NJ 08330 |

Social Security No.:
xxx−xx−7059                               xxx−xx−6788

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 2, 2023.

Dated: November 2, 2023
JAN: kvr

    Jeanne Naughton
    Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Esteban J. Sabulao  
Maria A. Sabulao  
    Debtors

Case No. 23-10334-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: plncf13 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Esteban J. Sabulao, Maria A. Sabulao, 217 Pheasant Run Road, Mays Landing, NJ 08330-4926 |
| cr | + | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519812121 | + | Samsung All Goods, 1000 MacArthur Boulevard, Mahwah, NJ 07430-2035 |
| 520053798 | + | TD BANK USA, N.A., C/O Weinstein & Riley, P.S., 1415 Western Ave. Suite 700, Seattle, WA 98101-2051 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 02 2023 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 02 2023 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519812114 | | Email/PDF: bncnotices@becket-lee.com | Nov 02 2023 20:54:21 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 519853898 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 02 2023 20:48:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519812115 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 02 2023 20:48:00 | Bank of America, NA, PO Box 672050, Dallas, TX 75267-2050 |
| 519812116 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 21:05:43 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 519812117 | | Email/Text: BarclaysBankDelaware@tsico.com | Nov 02 2023 20:49:00 | Card Services, PO Box 8802, Wilmington, DE 19899-8802 |
| 519812118 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 20:54:46 | Citi Cards, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 519864912 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 20:55:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519812119 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2023 21:05:45 | Macy's, Bankruptcy Processing, PO Box 8053, Mason, OH 45040-8053 |
| 519862810 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2023 21:05:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519862511 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 02 2023 20:54:23 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 519812120 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Nov 02 2023 20:54:06 | Midland Mortgage, ATTN: Customer Service Center, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 519871051 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

Case 23-10334-JNP    Doc 23    Filed 11/04/23    Entered 11/05/23 00:16:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: plncf13 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 02 2023 20:54:18 | Portfolio Recovery Associates, LLC, c/o Gap, POB 41067, Norfolk VA 23541 |
| 519869462 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 02 2023 20:54:24 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519812122 | | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2023 20:54:39 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 519812151 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 02 2023 20:54:01 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519812123 | | Email/Text: bankruptcy@td.com | Nov 02 2023 20:50:00 | TD Bank, NA, PO Box 84037, Columbus, GA 31908-4037 |
| 519821563 | ^ | MEBN | Nov 02 2023 20:39:16 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519821069 | + | Email/Text: tdebn@credbankserv.com | Nov 03 2023 11:44:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519831052 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 02 2023 20:48:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519812124 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 02 2023 20:48:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 519838815 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Nov 02 2023 20:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 519812125 | | Email/Text: bankruptcies@uplift.com | Nov 02 2023 20:48:00 | Uplift, Inc., 440 N. Wolfe Road, Sunnyvale, CA 94085 |
| 519813705 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Nov 02 2023 20:54:25 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 519843050 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 02 2023 21:05:22 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519843049 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 02 2023 21:26:27 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 519812126 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 02 2023 20:54:42 | Wells Fargo Card Service, Credit Bureau Dispute Resolution, PO Box 14517, Des Moines, IA 50306-3517 |
| 519812127 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 02 2023 20:54:24 | Wells Fargo Card Services, PO Box 10347, Des Moines, IA 50306-0347 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 02, 2023 | Form ID: plncf13 | Total Noticed: 33 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2023         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Joint Debtor Maria A. Sabulao roldanlaw@comcast.net  roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor Esteban J. Sabulao roldanlaw@comcast.net  roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7