UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re: ESTEBAN J. SABULAO
MARIA A. SABULAO
DEBTORS

| | |
|---|---|
| Case No.: | 23-10334 |
| Chapter: | 13 |
| Judge: | Poslusny, Jerrold N. |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding.

**Party's name/type:** Toyota Motor Credit Corporation, Creditor

**Old Notice Address 1**: Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, Iowa 52408-8026
Phone: (800) 874-8822

**And/Or**

**Old Notice Address 2:** ________________________________________

________________________________________

________________________________________

**New Notice Address**: Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, Iowa 52408-8026
Phone: (800) 874-8822

**Old Payment Address 1**: Toyota Motor Credit Corporation
PO Box 9490
Cedar Rapids, Iowa 52409-9490
Phone: (800) 874-8822

**And/Or**

**Old Payment Address 2:** ________________________________________
________________________________________
________________________________________

**New Payment Address**: Toyota Motor Credit Corporation
PO Box 4700
Phoenix, AZ 85030
Phone: (800) 874-8822

I hereby certify under penalty of perjury that the above information is true.

Date: 06/25/2024 /s/ Natalie Lea
Signature