| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation<br>as servicer for Toyota Lease Trust* | Order Filed on May 20, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Esteban J. Sabulao<br>*aka* Esteban Jonas Sabulao<br>Maria A. Sabulao<br>*aka* Maria Ancella Sabulao<br><br>                                    Debtors. | Chapter: 13<br><br>Case No.: 23-10334-JNP<br><br>Hearing Date: May 20, 2025<br><br>Judge Jerrold N. Poslusny Jr. |

**ORDER GRANTING MOTION FOR
<u>RELIEF FROM THE AUTOMATIC STAY</u>**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 20, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the motion is granted, and the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2022 Toyota Tacoma, VIN: 3TYCZ5AN8NT069635**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further **ORDERED** that the movant shall be permitted to reasonably communicate with Debtor(s) and Debtor(s)' counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further **ORDERED** that the Trustee is directed to cease making any further distributions to the Creditor.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-10334-JNP |
| Esteban J. Sabulao | Chapter 13 |
| Maria A. Sabulao | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: May 21, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Esteban J. Sabulao, Maria A. Sabulao, 217 Pheasant Run Road, Mays Landing, NJ 08330-4926 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2025      Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rex J. Roldan | on behalf of Joint Debtor Maria A. Sabulao roldanlaw@comcast.net  roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Debtor Esteban J. Sabulao roldanlaw@comcast.net  roldanlaw1@gmail.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 21, 2025 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7