ANDREW B. FINBERG [*ICB-99001-00*]

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

**Case Number: 23-10334 (JNP)**

Monthly Payment: $1,825.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

Esteban J. Sabulao and Maria A. Sabulao
217 Pheasant Run Road
Mays Landing, NJ 08330

**For the period of 01/01/2025 to 12/31/2025**

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/30/2025 | $1,825.00 | 02/27/2025 | $1,825.00 | 03/27/2025 | $1,825.00 | 04/29/2025 | $1,825.00 |
| 05/22/2025 | $1,825.00 | 06/20/2025 | $1,825.00 | 08/01/2025 | $1,825.00 | 08/29/2025 | $1,825.00 |
| 09/25/2025 | $1,825.00 | 10/24/2025 | $1,825.00 | 11/21/2025 | $1,825.00 | 12/19/2025 | $1,825.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ESTEBAN J. SABULAO | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | REX J. ROLDAN, ESQUIRE | 13 | $3,638.00 | $3,638.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | 33 | $19,922.89 | $0.00 | $19,922.89 | $0.00 |
| 3 | CITIBANK, N.A. | 33 | $1,742.70 | $0.00 | $1,742.70 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,939.86 | $0.00 | $1,939.86 | $0.00 |
| 5 | LVNV FUNDING, LLC | 33 | $1,001.69 | $0.00 | $1,001.69 | $0.00 |
| 6 | MACY'S | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | MIDFIRST BANK | 24 | $27.73 | $16.32 | $11.41 | $10.11 |
| 8 | SAMSUNG ALL GOODS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | LVNV FUNDING, LLC | 33 | $557.10 | $0.00 | $557.10 | $0.00 |
| 10 | TD RETAIL CARD SERVICES | 33 | $154.35 | $0.00 | $154.35 | $0.00 |
| 11 | TOYOTA LEASE TRUST | 24 | $60,031.20 | $52,285.13 | $7,746.07 | $21,371.59 |
| 12 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | UPLIFT, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | WELLS FARGO BANK, N.A. | 33 | $3,190.62 | $0.00 | $3,190.62 | $0.00 |
| 15 | WELLS FARGO BANK, N.A. | 33 | $1,621.88 | $0.00 | $1,621.88 | $0.00 |
| 16 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MARIA A. SABULAO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | REX J. ROLDAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. DEPARTMENT OF HOUSING & URBAN | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | TD BANK, N.A. | 33 | $6,100.95 | $0.00 | $6,100.95 | $0.00 |
| 21 | TOYOTA LEASE TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | BANK OF AMERICA, N.A. | 33 | $10,201.42 | $0.00 | $10,201.42 | $0.00 |
| 23 | CITIBANK, N.A. | 33 | $8,272.86 | $0.00 | $8,272.86 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $3,230.54 | $0.00 | $3,230.54 | $0.00 |
| 25 | LVNV FUNDING, LLC | 33 | $3,683.22 | $0.00 | $3,683.22 | $0.00 |
| 26 | LVNV FUNDING, LLC | 33 | $3,852.48 | $0.00 | $3,852.48 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | LVNV FUNDING, LLC | 33 | $6,685.03 | $0.00 | $6,685.03 | $0.00 |
| 28 | SYNCHRONY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK | 33 | $1,702.88 | $0.00 | $1,702.88 | $0.00 |
| 30 | TD BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 60.00 | $1,825.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $21,900.00 |
| Total paid to creditors this period: | $21,381.70 |
| Undistributed Funds on Hand: | $3,292.75 |
| Arrearages: | ($1,825.00) |
| Attorney: | REX J. ROLDAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**